

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2015

No. 04-15-00420-CR and 04-15-00421-CR

Jose Luis **GARZA-RAMIREZ**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 478490 and 478491
The Honorable Crystal D. Chandler, Judge Presiding

# O R D E R

Appellant's second motion for extension of time is GRANTED. Appellant's brief is due on December 9, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court